**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 22-6670**

─────────────

UNITED STATES OF AMERICA,

> Plaintiff - Appellee,

> v.

GARLIN RAYMOND FARRIS, a/k/a G,

> Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:18-cr-00099-RJC-DCK-1)

─────────────

Submitted:  October 13, 2022                          Decided:  October 18, 2022

─────────────

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

─────────────

Vacated and remanded by unpublished per curiam opinion.

─────────────

Garlin Raymond Farris, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Garlin Raymond Farris appeals the district court's text order denying his renewed motion to compel counsel to produce the materials in Farris' closed criminal case file. "Upon termination of representation, a lawyer shall take steps to the extent reasonably practicable to protect a client's interests, such as . . . surrendering papers and property to which the client is entitled." N.C. R. Prof. Cond. 1.16(d); *see also United States v. Basham*, 789 F.3d 358, 388 (4th Cir. 2015) (reviewing legal authority requiring counsel to deliver client's file upon termination of representation). Thus, because Farris' former trial counsel should return the case files to Farris, we conclude the court abused its discretion in denying Farris' motion to compel.

Accordingly, we vacate the district court's order and remand with instructions to grant Farris' motion to compel and to direct Farris' former counsel to mail Farris any case files to which he is entitled that remain in her possession. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*VACATED AND REMANDED*